**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLOES CRUMPTON,<br>Plaintiff,<br>vs.<br>FIRST HORIZON CORPORATION, HARRY V. BARTON JR., KENNETH A. BURDICK, DARYL G. BYRD, JOHN N. CASBON, JOHN C. COMPTON, WENDY P. DAVIDSON, WILLIAM H. FENSTERMAKER, D. BRYAN JORDAN, J. MICHAEL KEMP, SR., RICK E. MAPLES, VICKI R. PALMER, COLIN V. REED, E. STEWART SHEA III, CECELIA D. STEWART, RAJESH SUBRAMANIAM, ROSA SUGRAÑES, and R. EUGENE TAYLOR,<br>Defendants. | **Case No.: 1:22-cv-03212-LGS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Carloes Crumpton ("Plaintiff") voluntarily dismisses this action. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: June 14, 2022

**BRODSKY & SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*